**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Mina Nami Khorrami
United States Bankruptcy Judge

**Dated: August 5, 2025**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>AMPLIFYBIO, LLC<br><br>*Debtor(s).* | Case No. 25-52140<br>Chapter 11<br>Judge Mina Nami Khorrami |
| TESSA BAKER, ET. AL.<br><br>*Plaintiff(s).*<br><br>V.<br><br>AMPLIFYBIO, LLC, ET. AL.<br><br>*Defendant(s).* | Adv. Pro. No. 25-2026 |

**ORDER REGARDING MOTION/APPLICATION (DOC. NO. 19)
DUE TO NONCOMPLIANCE WITH CODE AND/OR RULES**

The above-referenced Motion or Application (hereinafter, the "Motion" regardless of title) does not comply with the United States Bankruptcy Code and/or the Federal/Local Rules of Bankruptcy Procedure as noted below:

| | |
|---|---|
| ☒ | The Movants did not provide a Notice of Motion as required by LBR 9013-1(a)(1)(C). The sample 21-day notice set forth in LBR 9013-1(a)(1)(C) should be modified to reflect that LBR 5011-1 sets a 14-day deadline for responses to a motion to withdraw the reference. |

It is **ORDERED** that Movants shall file within **fourteen (14) days from the entry of this Order** an amended motion consistent with this Order. If an amended motion is not filed within **fourteen (14) days from the entry of this Order**, the Court may deny the Motion without further notice or hearing.

**SO ORDERED.**

Copies To:

John Cannizzaro, Esq.
Maria G. Carr, Esq.
Marc J Kessler, Esq.
Ryan T Neumeyer, Esq.
Scott N Opincar, Esq.
Janica Pierce Tucker, Esq.
Sara Sams, Esq.
Jason Starling, Esq.
Catherine Strauss, Esq.